Com. v. Byrd ........................ 3760 EDA 2015    01/23/2017    CP–46–CR–0001939–
Affirmed 2006
(Montgomery)

In the Interest of: A.J.K.P.–E. .......... 344 EDA 2016    01/23/2017    CP–51–AP–0000261–
Affirmed 2015
CP–51–DP–0002528–
2013
(Philadelphia)

In the Interest of: D.C.L.E. ............. 345 EDA 2016    01/23/2017    CP–51–AP–0000260–
Affirmed 2015
CP–51–DP–0002527–
2013
(Philadelphia)

Calkins v. Butz [29] ..................... 442 EDA 2016    01/23/2017    2015–C–0809
Affirmed (Lehigh)

Com. v. Mosley ...................... 501 EDA 2016    01/23/2017    CP–23–CR–0002045–
Affirmed 2015
(Delaware)

In the Interest of: M.E.D.L. ............ 744 EDA 2016    01/23/2017    CP–51–AP–0000772–
Affirmed 2015
CP–51–DP–0000323–
2014
FID# 51–FN–000–284–
2014
(Philadelphia)

In the Interest of: N.T.L. .............. 745 EDA 2016    01/23/2017    CP–51–AP–0000769–
Affirmed 2015
CP–51–DP–0001341–
2014
FID: 51–FN–000–284–
2014
(Philadelphia)

In the Interest of: T.M.L. .............. 746 EDA 2016    01/23/2017    CP–51–AP–0000770–
Affirmed 2015
CP–51–DP–0001342–
2014
FID: 51–FN–000–284–
2014
(Philadelphia)

In the Interest of: D.N.L. ............. 747 EDA 2016    01/23/2017    CP–51–AP–0000771–
Affirmed 2015
CP–51–DP–0001343–
2014
FID: 51–FN–000–284–
2014
(Philadelphia)

In the Interest of: A.J.E. .............. 1142 EDA 2016    01/23/2017    CP–51–DP–0001622–
Affirmed 2013
(Philadelphia)

Aberts v. Verna ...................... 1214 EDA 2016    01/23/2017    2014–06705–CT
Affirmed (Chester)

Aberts v. Verna ...................... 1370 EDA 2016    01/23/2017    2014–06705–CT
Affirmed (Chester)

29.   Petition for reargument denied March 31, 2017.